June D. Coleman (SBN 191890)
**MESSER STRICKLER, LTD.**
225 W. Washington Street – Suite 575
Chicago, IL 60606
(916) 502-1768 Direct
(312) 334-3475 Fax
jcoleman@messerstrickler.com

Attorney for Defendant OnDeck Capital, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DISABILITY COUNSELING SERVICES, INC., a California corporation; and DR. PHILLIP MACFARLAND, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPLETE BUSINESS SOLUTIONS GROUP, INC. et al.;<br><br>Defendants. | CASE NO. 4:19-cv-08423-JST<br><br>**DEFENDANT ONDECK CAPITAL, LLC'S NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN Defendant ONDECK CAPITAL, LLC hereby informs the Court that the parties have reached an individual agreement to resolve this action in its entirety and intend to file a dismissal within 60 days. The parties will file a stipulation and request for dismissal once the settlement is completed.

**MESSER STRICKLER, LTD.**

Dated: January 9, 2020    By: s/June D. Coleman
June D. Coleman
Attorney for Defendant ONDECK CAPITAL, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was served via the U.S. District Court ECF system on the Following email(s):

bonnie@stokesobrien.com
mpodmenik@mccarthyholthus.com


                                       s/ June D. Coleman
                                       June D. Coleman